# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2011

143637

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JEANNETTE A. CLOCK, Personal
Representative of the ESTATE OF
JOSEPH A. CLOCK, Deceased,
   Plaintiff-Appellant,

v

NEAL KEMP and SUSAN KEMP,
   Defendants-Appellees.

SC: 143637
COA: 296596
Kalamazoo CC: 2009-000141-NO

_____/

  On order of the Court, the application for leave to appeal the July 19, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

  MARILYN KELLY and HATHAWAY, JJ., would reverse the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2011

Clerk

p1130